| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | linda.allison@fd.org916-498-5700/Fax 916-498-5710 |
| 5 | |
| | Attorney for Defendant |
| 6 | ZHONG WANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:16-PO-00095-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| vs. | ) |
| | ) Date: June 9, 2016 |
| ZHONG WANG, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through R. Benjamin Nelson, Special Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Linda Allison, that the status conference scheduled for May 19, 2016 at 9:30 a.m. be vacated and continued to June 9, 2016 at 9:30 a.m.

The reason for this continuance is to allow defense counsel appropriate time to prepare the case and communicate trial information through a translator.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: May 10, 2016

                                 HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ LINDA C. ALLISON*
                                 LINDA C. ALLISON
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 ZHONG WANG

DATED: May 10, 2016          PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 */s/ Benjamin Nelson*
                                 R. BENJAMIN NELSON
                                 Special Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the May 19, 2016 sentencing hearing shall be continued to June 9, 2016 at 9:30 a.m.

Dated: May 16, 2016

                                 CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE