UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-po-00095-CKD |
| Plaintiff, | ) | [~~Proposed~~] ORDER TO DISMISS |
| v. | ) | |
| ZHONG WANG, | ) | |
| Defendant. | ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:16-po-00095-CKD without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: April 12, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE